

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

April 8, 2025

**VIA ACMS**

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

   Re: *Doe v. Black*, No. 25-564

Dear Ms. Wolfe:

We represent Jane Doe ("Ms. Doe"), the Plaintiff-Appellee in the above-captioned action before the Second Circuit. The underlying action in the Southern District of New York is *Doe v. Black*, No. 23 Civ. 06418 (JGLC).

We write in response to the letter filed by Defendant-Appellant Leon Black ("Black") earlier today. Dkt. No. 38.1. Black requests an expedited briefing in this action because our law firm represents the Plaintiff in *Parker v. Alexander*, No. 25-487, a matter that involves similar issues.

We do not consent to Black's request for an expedited briefing schedule in this action or that it be aligned with *Parker v. Alexander*. On April 4, 2025, our firm filed a motion to withdraw as counsel of record for Ms. Doe in *Doe v. Black*. Dkt. No. 238. Black's requested date of June 17, 2025 for his brief to be filed was so ordered by this Court and we respectfully request that the date remain. In the event that Judge Clarke grants our motion to withdraw as counsel of record, we will promptly inform this Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Jeanne Christensen*

Jeanne M. Christensen

 cc: All counsel of record (*via* ACMS)