# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand twenty-five.

Before:      Beth Robinson,
                      *Circuit Judge.*

---

Angelica Parker,

         Plaintiff - Appellant,

   v.

Tal Alexander, Alon Alexander, Oren Alexander,

         Defendants-Appellees.

---

Jane Doe,

         Plaintiff - Appellee,

   v.

Leon Black,

         Defendant - Appellant.

---

**ORDER**

Docket No. 25-487

Docket No. 25-564

       Wigdor LLP moves to be relieved as counsel for Appellee Jane Doe in Doe v. Black, Docket No. 25-564. Appellant Leon Black opposes the motion and moves to expedite the appeal so that it may be heard with Parker v. Alexander, Docket No. 25-487.

       IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. The motion to expedite is DENIED. However, it is further ordered that the above-captioned appeals shall be heard in tandem.

                                               For the Court:
                                               Catherine O'Hagan Wolfe,
                                               Clerk of Court

