UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-five,

Jane Doe,

    Plaintiff - Appellee,

v.

Leon Black,

    Defendant - Appellant.

**ORDER**
Docket No. 25-564

    Appellee Jane Doe has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting September 16, 2025 as the brief and joint appendix filing date.

    The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

