# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Doe v. Black**  Docket No.: **25-564**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Jamison Davies**

Firm: **New York City Law Department**

Address: **100 Church Street, New York, NY 10007**

Telephone: **212-356-2490**   Fax: **212-356-1148**

E-mail: **jdavies@law.nyc.gov**

Appearance for: **City of New York/Amicus Curiae**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: **Jane Doe/Appellee** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **August 9, 2023**    OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Jamison Davies**

Type or Print Name: **Jamison Davies**

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Jane Doe

v.

Leon Black

**CERTIFICATE OF SERVICE***

Docket Number: 25-564

I, __Devin Slack__, hereby certify under penalty of perjury that on __September 18, 2025__, I served a copy of __the accompanying notice of appearance form__
(date)
(list all documents)

by (select all applicable)**

___ Personal Delivery    _X_ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jane Doe | P.O. Box 286 | Haymarket | VA | 20168 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

September 18, 2025      _[signature]_
Today's Date      Signature

Certificate of Service Form (Last Revised 12/2015)