**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
**Thurgood Marshall United States Courthouse**
**40 Foley Square, New York NY 10007**
**212.857.8585**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

December 10, 2025

Jane Doe
P.O. Box 286
Haymarket, VA 20168

Re: Doe v. Black, Docket No. 25-564

Dear Ms. Doe:

This letter responds to your November 21, 2025 letter in which you request information and accommodations during the oral argument of this appeal. Please note the following information.

The appeal will be heard at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The courtroom is in Room 1703, on the 17th floor. When you arrive at the building, you will go through security screening on the first floor. Security includes walking through a magnetometer and giving your electronic devices to the court security staff for safe keeping. When you leave the building, your devices will be returned to you.

The entrance to the courtroom is an anteroom, which includes a door to the courtroom. This is the only entrance to the courtroom. There is little sensory stimulation in that area. You must enter the courtroom to advise the courtroom deputy that you are present. You may then return to the anteroom, which is typically a quiet area. Media rarely attend the court's proceedings. There are no cameras other than the court's recording during argument.

Your case is the first argued case on the calendar. If you are in the anteroom, court staff will advise you when you must take your seat at the counsel table.

Your mother may sit with you at the counsel table. You may use note cards, a written outline or any other notes to assist you. You may also present a written statement to the courtroom deputy for the court to review. If you present a written statement, a copy will be

provided to the other lawyers who participate in the argument. You may leave the room following your portion of the argument.

Your November 21, 2025 letter was filed under seal pursuant to an order issued December 5, 2025. However, this letter will be provided to counsel as it sets out information pertinent to the argument.

Very truly yours,

Catherine O'Hagan Wolfe

Catherine O'Hagan Wolfe