S.D.N.Y.
1:23-cv-06418
Clarke, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of February, two thousand twenty-six.

Present:
>   Dennis Jacobs,
>   José A. Cabranes,
>   Raymond J. Lohier, Jr.,
>       *Circuit Judges*.

_____

Jane Doe,

>   *Plaintiff-Appellee*,
>
>   v.                                                                25-564-cv

Leon Black,

>   *Defendant-Appellant*.

_____

Appellant Leon Black was granted leave to appeal an interlocutory order on March 12, 2025. Dist. Ct. Dkt. No. 235. The appeal was argued on December 17, 2025.

On March 3, 2025, before this Court seized jurisdiction of the case, Appellant filed a motion in the district court for Case-Terminating Sanctions. Dist. Ct. Dkt. No. 224. In a memorandum endorsement dated February 12, 2026 and an order dated February 17, 2026, the district court stated an intention to rule on the motion soon after February 23, 2026. However, the district court lacks authority to rule on the motion because the appeal is pending before this Court. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 742 (2023). Rule 12.1 of the Federal Rules of Appellate Procedure ("FRAP") provides, in relevant part, that if, while an appeal is pending, a motion is made in the district court that the district court states it would grant or that raises a substantial issue, the Court of Appeals may remand for further proceedings. *See* Fed. R. App. P. 12.1; *see also* Fed. R. Civ. P. 62.1; Fed. R. App. P. 47(b). Based upon the substance of Appellant's motion and the relief it seeks, the motion raises a substantial issue contemplated by FRAP 12.1.

IT IS HEREBY ORDERED that the case is REMANDED to the district court for the purpose of determining the motion. The panel retains jurisdiction of the case. *See Darnell v. Pineiro*, 849 F.3d 17, 28 n.7 (2d Cir. 2017). Appellant must promptly notify the Clerk of Court when the district court has ruled on the motion. *See* Fed. R. App. P. 2(a), 47(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*/s/ Catherine O'Hagan Wolfe*