**No. 25-564**

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT

JANE DOE,

*Plaintiff-Appellee,*

v.

LEON BLACK,

*Defendant-Appellant.*

*On Appeal From The United States District Court*
*For The Southern District of New York*
*Hon. Jessica G.L. Clarke, District Judge*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Plaintiff-Appellee Jane Doe and Defendant-Appellant Leon Black jointly stipulate to the dismissal of Mr. Black's appeal (No. 25-564) with prejudice, with each party to bear its own costs and fees of this appeal. On October 15, 2026, the district court entered an order granting Ms. Doe's letter motion to dismiss the action with prejudice. ECF Doc. No. 485, Doe v. Black, Case No. 1:23-cv-06418-JGLC (S.D.N.Y. Oct. 15, 2026). For the avoidance of doubt, neither this Stipulation nor the dismissal of this appeal shall have any effect on Mr. Black's pending application for attorneys' fees against

Wigdor LLP, ECF Doc. No. 440, *Doe v. Black*, Case No. 1:23-cv-06418-JGLC (S.D.N.Y. June 4, 2026), over which the district court specifically retained jurisdiction.

Respectfully submitted,

*/s/ Jane Doe*
Jane Doe

*Appellee Pro Se*

*/s/ Joshua Perry*
PERRY LAW
E. Danya Perry
Joshua A. Perry
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 213-3070
dperry@danyaperrylaw.com
jperry@danyaperrylaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael B. Carlinsky
Jennifer J. Barrett
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
jenniferbarrett@quinnemanuel.com

ESTRICH GOLDIN LLP
Susan Estrich
947 Berkeley St.
Santa Monica, CA 90403
(213) 399-2132
susan@estrichgoldin.com

*Counsel for Appellant Leon Black*